OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS

OFFICE P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401623 DEC 09 2015

**12/4/2015**                                    **COA Case No. 01-14-00560-CR**
**ARMSTRONG, TRISTAN OMARR   Tr. Ct. No. 2013CR5695        PD-1575-15**
On this day, this Court has granted the Appellant's Pro Se motion for an extension
of time in which to file the Petition for Discretionary Review. The time to file the
petition has been extended to Friday, January 29, 2016. NO FURTHER
EXTENSIONS WILL BE ENTERTAINED. NOTE: Petition For Discretionary
Review must be filed with The Court of Criminal Appeals.

Abel Acosta, Clerk

TRISTAN OMARR ARMSTRONG          F WD
514 WEST LINDBERGH BLVD.
UNIVERSAL CITY, TX 78148

BN3B 78148